# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| ANDREW JOHNSON,<br><br>　　Plaintiff,<br><br>v.<br><br>MEADE RECOVERY SERVICES,<br><br>　　Defendants. | **JUDGMENT IN A CIVIL ACTION**<br><br>Case No. 1:20-cv-00050-RJS-JCB<br><br>Chief Judge Robert J. Shelby<br><br>Magistrate Judge Jared C. Bennett |

　　It is hereby ORDERED AND ADJUDGED that Judgment is entered in favor of Defendant Meade Recovery Services, LLC.

　　**SO ORDERED** this 30th day of September, 2022.

BY THE COURT:

_____
ROBERT J. SHELBY
United States District Judge